IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tonya Powers,

  Plaintiff(s),

vs.

Commissioner of Social Security,

  Defendant(s).

Case Number: 1:16cv1068

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 8, 2017 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 22, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is AFFIRMED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court